**FILED - GR**

December 22, 2008 2:35 PM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald_____/_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MUSKEGON COUNTY, MICHIGAN,

        Defendants.

_____/

Case No.   **1:08-cv-1214**

Hon.    **Paul L Maloney
Chief U.S. District Judge**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 22, 2008, she mailed, postage prepaid via

first class mail, a copy of the **COMPLAINT** to the following:

        Eric Grimm, Esq.
        Williams, Highes & Cooke, PLLC
        120 West Apple Street
        Muskegon, MI 49443-4857

*Sandra Begerow*

SANDRA BEGEROW
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404