UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-1214 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| MUSKEGON COUNTY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| _____ | ) | |

This matter came on for hearing on the motion of defendant for a more definite statement or to dismiss (docket # 9) and on the motion of Eva Amaya to intervene (docket # 12). At a hearing conducted on February 4, 2009, the court concluded that defendant's objections to the sufficiency of the complaint were not meritorious and that defendant was essentially insisting that plaintiff anticipate affirmative defenses in its pleading, a burden that is not supported by Sixth Circuit authority. The court further found that the complaint states a claim under Title VII under the pleading standards established by the Supreme Court. Finally, no party objected to the intervention of Eva Amaya in the present case. Accordingly, for the reasons set forth more fully on the record:

IT IS ORDERED that defendant's motion for a more definite statement or to dismiss (docket # 9) be and hereby is DENIED.

IT IS FURTHER ORDERED that Eva Amaya's motion for intervention (docket # 12) be and hereby is GRANTED. Her intervenor's complaint (docket # 13-2) is deemed filed *instanter*.

IT IS FURTHER ORDERED that defendant Muskegon County, Michigan, is granted until **February 24, 2009**, in which to file an answer to both plaintiff's complaint and the intervenor's complaint.

DONE AND ORDERED this 4th day of February, 2009.

/s/  Joseph G. Scoville
United States Magistrate Judge